RECEIVED
OCT 2 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY | CIVIL ACTION NO. 6:16-cv-00437 |
| VERSUS | JUDGE DOHERTY |
| ASHTON PUGH | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that motion to dismiss this action for lack of jurisdiction or, alternatively, to stay this action (Rec. Doc. 15), which was filed by the intervenors, Theresa Miller, Misty Caldwell, Marcus Caldwell, Susan Dupre (individually and on behalf of her deceased husband, Kelly Dupre, Sr.), Greg Rochel, and Verna Rochel, is DENIED, consistent with the report and recommendation.

Lafayette, Louisiana, this 21 day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE